**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

_____

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **HEALTH DIAGNOSTIC LABORATORY, INC**, *et al*, | **Case No. 15-32919-KRH** |
| | **Jointly Administered** |
| **Debtors** | |

_____

**RICHARD ARROWSMITH AS
LIQUIDATING TRUSTEE OF THE HDL
LIQUIDATING TRUST,**

**Plaintiff,**

**v.**    **Adversary Proceeding No. 17-04216**

**COFFEY FAMILY MEDICAL CLINIC, P.C.**

**and**

**DAVID BRUCE COFFEY,**

**Defendants**

_____

## **MEDIATOR'S REPORT**

COMES NOW Peter M. Pearl, Mediator, and files this Report with respect to the above matter (the "Adversary Proceeding"), as follows:

1. The mediation with respect to the Adversary Proceeding took place on February 1, 2018.

2. The names of the parties and counsel present either telephonically or in person at the mediation are as follows:

   Michael Spinelli for the Defendants (telephonically)

Peter M. Pearl, Esq. (VSB #22344)
Spilman Thomas & Battle, PLLC
Post Office Box 90
Roanoke, Virginia 24002
Telephone:    (540) 512-1800
Facsimile:    (540) 342-4480
ppearl@spilmanlaw.com

       Lauren A. Warner (in person)
       Chilivis, Cochran, Larkins & Bever, LLP
       and
       John C. Smith (in person)
       Sands Anderson
       *Counsel for Coffey Family Medical Clinic, P.C. and David Bruce Coffey*

       Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust (in person)

       Diana McGraw (in person)
       Wilcott Rivers Gates
       *Counsel for Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust*

3.     The Adversary Proceeding was settled.

                                                   By:    /s/ Peter M. Pearl
                                                          Mediator

Peter M. Pearl (VSB #22344)
Spilman Thomas & Battle, PLLC
P.O. Box 90
310 First Street, Suite 1100
Roanoke, Virginia 24002-0090
Telephone:    (540) 512-1800
Facsimile:     (540) 342-4480
Email: ppearl@spilmanlaw.com